IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Harold L. Mogul, | ) | Civil Action No.: 2:04-1197-18 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of the parties, and it appearing proper to the court, it is hereby

ORDERED that the Order and Opinion entered October 5, 2005, and the Judgment entered

October 6, 2005, are hereby vacated and this action is dismissed with prejudice, and it is

SO  ORDERED this 17th day of March, 2006, at Charleston, South Carolina.

_____

DAVID C. NORTON
United States District Judge

SO MOVED:

JONATHAN S. GASSER                          LAW OFFICES OF GEDNEY M. HOWE, III
UNITED STATES ATTORNEY


BY:   s/John H. Douglas              BY:   s/Alvin J. Hammer
      JOHN H. DOUGLAS (#587)              ALVIN J. HAMMER (#1693)
      Assistant U.S. Attorney             P.O. Box 1034
      170 Meeting St., Suite 300          Charleston, SC 29402
      P.O. Box 978                        (843) 722-8048 (voice)
      Charleston, SC 29402                (843) 722-2140 (fax)
      (843) 727-4381 (voice)              Email: cgear@gedneyhowe.com
      (843) 727-4443 (fax)
      Email:john.douglas@usdoj.gov


March 16              , 2006